

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
**CLERK**

August 12, 2015

RE: Licata v. Facebook, Inc.
Case No:15-cv-4022

Dear Clerk:

Pursuant to the order entered by Honorable James B. Zagel , on 7/29/2015, the above record

■     was electronically transmitted to: Northern District of California, San Francisco

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:    /s/ A. Ellis
         Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties